James A. WIDTFELDT,
Plaintiff–Appellant

v.

Kay PONTE, Revenue Agent; Commis-
sioner of the IRS; United States,
Defendants–Appellees.

No. 12–3227.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 2, 2013.

Filed: May 8, 2013.

James A. Widtfeldt, Atkinson, NE, pro
se.

Sara Ann Ketchum, Martin M. Shoe-
maker, U.S. Department of Justice, Wash-
ington, DC, for Defendants–Appellees.

Before LOKEN, MELLOY, and
BENTON, Circuit Judges.

District of Arkansas.

PER CURIAM.

James Widtfeldt appeals the district court's[1] dismissal of his civil complaint seeking injunctive relief against taxation officials and the United States. After careful de novo review of the record, *see Pagonis v. United States*, 575 F.3d 809, 812 (8th Cir.2009), and having considered the parties' submissions on appeal, we agree with the district court that, under the Anti–Injunction Act, 26 U.S.C. § 7421(a), Widtfeldt is prohibited from bringing this action.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.